GABRIEL G. GREEN (SBN: 222445)
    Email: ggreen@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400

Attorneys for Plaintiff
DAYS INNS WORLDWIDE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>DELTA HOTEL GROUP, LLC, a Colorado limited liability company, BADRUL NAYEEM, an individual, NURUDDIN KHANDAKER, an individual, and NURUN NAHAR, an individual,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**<br><br>[No Hearing Required] |

AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| DAYS INNS WORLDWIDE, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-114-4581(FSH) |
| DELTA HOTEL GROUP, et al | ) | |
| *Defendant* | ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  03/03/2015  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  05/14/2016

WILLIAM T. WALSH
CLERK OF COURT

*Sheree Raimo*
*Signature of ~~Clerk or~~ Deputy Clerk*

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 14-cv-4581 (FSH)(JBC) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| DELTA HOTEL GROUP, LLC, a Colorado limited liability company; BADRUL NAYEEM, an individual; NURUDDIN KHANDAKER, an individual; and NURUN NAHAR, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Delta Hotel Group, LLC, Badrul Nayeem, Nuruddin Khandaker, and Nurun Nahar (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on July 21, 2014, seeking damages as a result of the breach of a franchise agreement between DIW and Delta Hotel Group, LLC; and service of the Summons and Complaint having been effectuated with respect to Defendants by serving them via personal service on August 13, 2014 in Delta, Colorado; and it appearing that default was

duly noted by the Clerk of the Court against Defendants on December 18, 2014 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 2nd day of March, 2015,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Delta Hotel Group, LLC, Badrul Nayeem, Nuruddin Khandaker, and Nurun Nahar, jointly and severally, in the total amount of $365,115.87, comprised of the following:

a) $255,735.88 for liquidated damages (principal plus prejudgment interest);

b) $104,055.09 for Recurring Fees (principal plus prejudgment interest); and

c) $5,324.90 for attorneys' fees and costs.

_____
HONORABLE FAITH S. HOCHBERG, U.S.D.J.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk